**FILED**

NOV 2 4 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

CLERK, U.S. DIS...
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. *W14-923M* |
| | ) |
| Plaintiff, | ) **INFORMATION** |
| | ) [Count One: 18 U.S.C. §§ 7(3) & 13 and |
| v. | ) T.P.C. § 49.04(a) – Driving While |
| | ) Intoxicated] |
| MICHAEL E. BURCH, | ) |
| | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
[18 U.S.C. § 7(3) & 13 and T.P.C. § 49.04(a)]

On or about October 14, 2014, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

MICHAEL E. BURCH

did operate a motor vehicle in a public place while intoxicated, in violation of Section 49.04(a) of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

ROBERT PITTMAN
United States Attorney

By: _____
SCOTT A. MARTIN
Special Assistant U. S. Attorney

UNSEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:     NOVEMBER 21, 2014    MPR #: 05421-2014    CASE NO. _W14-923m_

COUNTY:   BELL

JUDGE:    JEFFREY MANSKE

S.A.U.S.A.:  SCOTT A. MARTIN

DEFENDANT:

### MICHAEL EDWARD BURCH

OFFENSE & MAXIMUM PUNISHMENT:

Count One:  18 U.S.C. §§ 7(3) & 13 and T.P.C. § 49.04(a) – Driving While Intoxicated –
Confinement: Maximum 180 Days Confinement, $2,000 Fine, $10 SA.

UNSEALED