UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Criminal No.:   WA:14-M -00923(1) |
| (1) MICHAEL E. BURCH<br>    *Defendant* | § § | |

## ORDER RESETTING INITIAL APPEARANCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 9:00 AM, in Ft. Hood Magistrate Courtroom, Bldg. 5794, on the MG Williams Judicial Center, Tank Destroyer Blvd., Fort Hood, TX, on January 07, 2015.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **2nd day of December, 2014.**

_____
**JEFEREY C MANSKE**
**U.S. MAGISTRATE JUDGE**

**cc:**